# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

September 25, 2024

<u>By ECF</u>

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

     **Re:**  *United States v. Amninder Singh*, **24 Cr. 369 (JPC)**

Dear Judge Cronan:

  I represent Amninder Singh in the above-captioned matter and respectfully submit this letter to request an adjournment of the sentencing currently scheduled for October 10, 2024. As the Court is aware from co-counsel's submission dated August 22, 2024, (D.E. 66), the loss attribution in this case involved a sub-contractor who was not paid as a result of the investigation and charges in this case. The clients have engaged legal counsel and we are informed that a settlement has been negotiated and that an agreement will be formalized shortly. This resolution of this dispute may affect both the loss amount as well as the restitution in this case and we respectfully request an opportunity to finalize the settlement and confer with the Government as to if and how this resolution will impact the sentencing submission on behalf of Mr. Singh.

  The Government has been consulted and does not object to this request for an adjournment.

  Based upon the foregoing, request is respectfully made for a 30-day adjournment of the sentencing of Mr. Singh.

            Respectfully submitted,

            ***/s/ James Kousouros***
            James Kousouros, Esq.
            *Counsel for Mr. Singh*

c.c.

Adam Margulies
Alexandra Messiter
*Assistant United States Attorneys*

The instant request is granted. The sentencing currently scheduled for October 10, 2024, is hereby adjourned to November 6, 2024, at 2:00 p.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 69.

SO ORDERED.
Date: September 27, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge