# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

May 16, 2025

<u>By ECF</u>

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

    **Re:**  *United States v. Amninder Singh*, **24 Cr. 369 (JPC)**

Dear Judge Cronan:

  This letter is respectfully submitted to request that the Court extend the June 10, 2025 date by which Amninder Singh is required to surrender to the Bureau of Prisons to July 7, 2025. Mr. Singh's son will graduate from New Hyde Park Memorial High School on June 29, 2025, and Mr. Singh would like to attend his son's graduation. As the Court may recall in our sentencing submission (D.E. 81), Mr. Singh has always been a devoted father who has stressed the importance of education to his children. Indeed, the issue of paying for college given the current circumstances has become a concern for the family. This graduation ceremony is an important milestone for his son and his ability to attend the event would be greatly appreciated by the Singh family.

  Mr. Singh has been fully compliant with the conditions of his release from the inception of this case, he has maintained gainful employment and continued to care for his family.

  The Government has no objection to this request.

  Thank you for your consideration.

                  Respectfully submitted,

                  <u>*/s/ James Kousouros*</u>
                  James Kousouros, Esq.
                  *Counsel for Mr. Singh*

c.c.

Adam Margulies
Alexandra Messiter
*Assistant United States Attorneys*

The instant request is granted. Mr. Singh shall surrender to the Bureau of Prisons by 2:00 p.m. on July 7, 2025. The Clerk of Court is respectfully directed to close Docket Number 110.

SO ORDERED.
Date: May 19, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge